IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL,
    Plaintiff,

vs.                                         3:05cv245/MCR/MD

CITY OF PENSACOLA, et al.,
    Defendants.

**ORDER**

Plaintiff, a civil detainee proceeding pro se, initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion for leave to proceed *in forma pauperis* on July 5, 2005. Because of the plaintiff's history of excessive and sometimes frivolous litigation, certain restrictions have been opposed upon the plaintiff with respect to his filing civil actions in this court seeking damages or injunctive and declaratory relief. (Case 3:99cv456/RV/SMN Jamaal Ali Bilal v. Michael Moore, et al., appendix one to doc. 3, Order and Report and Recommendation ("Appendix One")).[1] In pertinent part, Appendix One provides that "[l]eave to proceed in forma pauperis will not be granted unless the magistrate judge determines that plaintiff has credibly alleged that he is in imminent danger of serious physical injury." Plaintiff has made no such allegation in this case.

In the complaint, plaintiff claims that his arrest in May of 1995 was illegal based on the recently decided case of *Durie v. State of Florida*, ___ So.2d. ___, 2005 WL 433326 (5th DCA 2005). He seeks compensatory and punitive damages, declaratory relief, and permission to re-open a previously filed habeas case, 3:02cv362. He claims that "he has

---

[1] Plaintiff has attached Appendix One to doc. 3 in this case.

spent 10 years in prison and this mental institution as a result of the unlawful arrest had in 95-18882.  He is therefore in immenent (sic) danger because he stands to remain indefinately(sic) committed because of the unlawful arrest and excessive bail in 95-18882." These allegations clearly do not meet the threshold for showing that he is in *imminent* danger of *serious bodily injury*.  Therefore, the motion for leave to proceed *in forma pauperis* is denied.

Accordingly, it is ORDERED:

Plaintiff's motion for leave to proceed *in forma pauperis* (doc. 2) is DENIED.  In accordance with Appendix One, *supra*, plaintiff shall pay the $250.00 filing fee within **twenty (20) days** from the date of this order.  Failure to do so will result in a recommendation that this case be dismissed without further notice.

DONE AND ORDERED this 19th day of July, 2005.

/s/ *Miles Davis*
  **MILES DAVIS**
  **UNITED STATES MAGISTRATE JUDGE**