**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JAMAAL ALI BILAL,**
    Plaintiff,

vs.                                                    CASE NO.:  3:05cv245/MCR/MD

**CITY OF PENSACOLA, et al.,**
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 12, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is dismissed for plaintiff's failure to timely pay the $250.00 filing fee as instructed.  The Clerk is directed to return Plaintiff's belated payment of fee.

DONE AND ORDERED this 25th day of August, 2005.

            *s/ M. Casey Rodgers*
            **M. CASEY RODGERS
            UNITED STATES DISTRICT JUDGE**